THE PEOPLE OF THE STATE OF NEW YORK v. JACOB REICH.— Motion to dismiss appeal granted.    Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALICE HYLAND v. JOSEPH HYLAND.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.    Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ANNA BEREZIN v. ROBERT GERSON.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

BASS & BASS, INC., v. ALBERT NEWMARK.— Application denied, with ten dollars costs.    Order signed.    Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ELIZABETH S. EDWARDS v. EDGAR A. TENNIS.— Application granted. Order signed.    Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

RALPH WILSON v. LONDON ASSURANCE CORPORATION and Others.— Application denied, with ten dollars costs, and stay vacated.    Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HERMAN LANDMAN v. HYMAN GORSTNER.— Application denied, with ten dollars costs.    Order signed.    Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MIKE KNEPFER v. LEMBERGER DR. LOWENSTEIN LODGE No. 54, I. O. B. A.— Application denied, with ten dollars costs.    Order signed.    Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HARRY C. WILLIAMS and Others v. WILLIAM A. F. ALT, Impleaded, etc. — Motion granted.    Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MARGARET F. McDEVITT v. ALFRED N. HYATT, etc.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

CENTURY HOLDING COMPANY v. EBLING BREWING COMPANY.    (Actions Nos. 1 & 2.) — Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MEYER-DENKER-SINRÁM COMPANY v. HENNESSY REALTY COMPANY. — Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

GREENWICH SAVINGS BANK v. FRANKLIN-MADISON REALTY COMPANY.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SARAH T. COCKCROFT as Executrix, etc., v. JOHN MITCHELL and Others. — Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.